**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00329-LTB-MJW

JAMES B. MOORE - Stagecoach Refinishing,

    Plaintiff,

v.

BROADSIRE,

    Defendant.

___

**ORDER OF DISMISSAL**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on September 9, 2008 (Doc 29). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 10) is GRANTED and this action is DISMISSED for lack of subject matter jurisdiction.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   September 30, 2008